AO 440 (Rev. 04/08) Civil Summons

**FILED**

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

2010 MAR -9  P 1: 50

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

SLEP-TONE ENTERTAINMENT CORP. et al., )
Plaintiff )
v. ) Civil Action No. 1:09 cv 1390 CMH/JFA
ASSOCIATED CONSULTANTS et al., )
Defendant )

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Hot Shot Enterprises, LLC
2807 N Parham Suite 107
Henrico, VA 23294-4410

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Thomas P. Pavelko
Novak Druce & Quigg LLP
1300 Eye Street NW, 1000 West Tower
Washington, DC 20005

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Fernando Galindo, Clerk

Name of clerk of court

Date: 12/23/2009

*Kathryn M. Stasko*
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

Civil Action No. 1:09cv1390

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Hot Shot Enterprises, LLC
was received by me on *(date)* 01/11/2010 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* John Oulton , who is designated by law to accept service of process on behalf of *(name of organization)* Hot Shot Enterprises, LLC on *(date)* 01/25/2010 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 03/04/2010

*Server's signature*

James M. Harrington
*Printed name and title*

10130 Mallard Creek Road, Suite 110
Charlotte, North Carolina 28262-6001

*Server's address*

Additional information regarding attempted service, etc:
Service made at 2807 N Parham Rd Ste 107, Richmond, VA 23294