**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| Slep-Tone Entertainment Corporation et al., <br>     Plaintiffs, <br><br> v. <br><br> Associated Consultants et al., <br>     Defendants. | **Civil Action No.
1:09cv1390-CMH-JFA** |

## NOTICE OF HEARING DATE

    PLEASE TAKE NOTICE that On Friday, December 17, 2010, at 10:00 AM, or as soon thereafter as counsel may be heard, the undersigned Attorneys for Plaintiffs, Slep-Tone Entertainment Corporation and Sound Choice Studios, Inc. (hereinafter jointly "Plaintiffs"), will move this Honorable Court for Leave to Withdraw as Attorneys for Plaintiffs.

    Respectfully submitted this the 10th day of December, 2010.

                                                  s/Thomas P. Pavelko/
                                                  Thomas P. Pavelko
                                                  VA Bar # 019901
                                                  thomas.pavelko@novakdruce.com
                                                  Peter N. Lalos
                                                  VA Bar #06728
                                                  peter.lalos@novakdruce.com
                                                  Attorneys for Plaintiffs
                                                  NOVAK DRUCE & QUIGG LLP
                                                  300 New Jersey Avenue
                                                  Fifth Floor
                                                  Washington, D.C. 20001
                                                  Tel: (202) 659.0100;
                                                  Fax: (202) 659.0105

CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of December 2010, I have electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. I certify that the attached document is being mailed on the 10th day of December, 2010, by U.S. first class mail postage prepaid to the following non-filing users:

Jason B. Ingram d/b/a Mobile Disc Jockeys
4607 Cinderwood Drive
Richmond, VA 23234-6070

L&W Entertainment
213 George Avenue
Colonial Heights, VA 23834-1307

Linda Lackey
L&W Entertainment
213 George Avenue
Colonial Heights, VA 23834-1307

Walter Lackey
L&W Entertainment
213 George Avenue
Colonial Heights, VA 23834-1307

Hot Shot Enterprises, LLC
2807 N Parham Suite 107
Henrico, VA 23294-4410

Hospitality of Richmond, LLC d/b/a Cha Cha's Cantina
1419 E Cary Street
Richmond, VA 23219-4220

James M. Harrington
The Harrington Cipriani LLP
151 Church Street, N.,
Concord, NC 28025-4732

s/Thomas P. Pavelko/
Thomas P. Pavelko
Virginia bar number 019901
Attorney for plaintiffs
Novak Druce + Quigg LLP
300 New Jersey Avenue, NW,
Fifth Floor, Washington, DC 20001
Phone: 202-659-0100
Fax: 202-659-0105
tom.pavelko@novakdruce.com
